FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 08 2022

# CHARGES AND PENALTIES

CASE NAME: ANGELA MADRIGAL CHAVEZ    CASE NO. 4:22-CR-6041-MKD-3

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 846 | Possession with Intent to Distribute 500 Grams or More Methamphetamine | CAG not less than 10 years up to a life term; a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; removal from the United States; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years up to a life term; a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; removal from the United States; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |