FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELA MADRIGAL CHAVEZ,

    Defendant.

Case No.: 4:22-CR-6041-MKD-3

ORDER TO SEAL INDICTMENT

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 8th day of September, 2022.

JAMES A. GOEKE
United States Magistrate Judge