Vanessa Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>███████████████<br><br>ANGELA MADRIGAL CHAVEZ,<br><br>Defendants. | 4:22-CR-6041-MKD-3<br>INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846<br>Conspiracy to Distribute 500 Grams or More of Methamphetamine (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Count 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by January 2022, and continuing until on or about September 6, 2022, in the Eastern District of Washington and elsewhere, the Defendants, ███████████████████████████████████████████████

INDICTMENT – 1

▉ ANGELA MADRIGAL CHAVEZ, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of a mixture or substance containing detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## COUNT 2

On or about February 23, 2022, in the Eastern District of Washington, the Defendant, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ANGELA MADRIGAL CHAVEZ, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. §§ 841, as set forth in this Indictment, the Defendants ▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ANGELA MADRIGAL CHAVEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT – 2

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED: this ___ day of September 2022.

                                      A TRUE BILL

                                      _____
                                      Foreperson

_____
Vanessa Waldref
United States Attorney


_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3