# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

| | |
|---|---|
| USA v. ANGELA MADRIGAL CHAVEZ | Case No.    4:22-CR-6041-MKD-3 |

**Arrangement/Initial Appearance on Indictment:**              12/08/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy | ☒ | Stephanie Van Marter, US Atty (video) |
| | | ☒ | Robin Emmans, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter – Natalia Rivera |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☐ | Rights given |
| ☐ | USA not seeking detention | ☐ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☐ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

  Defense counsel advises the Court the Defendant would like to continue the hearing due to her family securing an attorney for her.
  Defendant informs the Court she doesn't feel good and has a headache since she hasn't had her medicine for high blood pressure since e yesterday.
  USA agrees with the Court continuing the hearing to Monday.
  Defense counsel stated that her attorney is available on Monday and will be available for her pretrial service report tomorrow.
  Colloquy between Court and counsel regarding any speedy arraignment issues.
  Response by Defense counsel.
  **Court:** Good cause to continue the hearing due to the Defendant not feeling well.

**Arraignment/Initial Appearance continued:**
**12/12/2022 @ 3:30 p.m.**
[R/ACE]