FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2022

SEAN F. McAVOY, CLERK

1

2          UNITED STATES DISTRICT COURT

3          EASTERN DISTRICT OF WASHINGTON

4    UNITED STATES OF AMERICA,              No. 4:22-CR-06041-MKD-3

5              Plaintiff,                    ORDER CONTINUING INTIAL
                                            APPEARANCE AND
6              v.                            ARRAIGNMENT

7    ANGELA MADRIGAL CHAVEZ,                 *USMS ACTION REQUIRED*

8              Defendant.

9

10        On Thursday, December 08, 2022, Defendant appeared before the Court for

11   an initial appearance and arraignment based on the Indictment (ECF No. 1).

12   Defendant was represented by court-appointed attorney Robin Emmans and

13   assisted by federal court-certified interpreter Natalia Rivera.  Assistant United

14   States Attorney Stephanie Van Marter represented the United States.

15        At the time of the hearing, Defendant, personally and through counsel,

16   informed the Court that she wished to retain private counsel and waive the

17   representation of Ms. Emmans.  Defendant further informed the Court that she was

18   feeling ill with a headache due not taking her prescribed blood pressure medication

19   since December 7, 2022, and that this would prevent her from fully understanding

20   and participating in the hearing.  The Court finds these facts in combination more

ORDER - 1

1  than sufficient to warrant continuing the hearing to a later date.  The United States

2  did not object to continuing the hearing on these grounds.

3      Ms. Emmans informed the Court that she had reviewed Defendant's request

4  with her, and that Defendant was fully informed and aware that her decision to

5  retain new counsel would cause a delay in her arraignment.  The Court addressed

6  Defendant directly, who affirmed that she understood that her decision would

7  cause a delay in her arraignment, but that she wished to procced in this manner and

8  understood the effects it will have on her right to a speedy trial.

9      Accordingly, **IT IS ORDERED:**

10  Defendant's initial appearance and arraignment before **Judge Ekstrom is**

11  **continued to Monday, December 12, 2022, at 3:30 PM in Richland,**

12  **Washington.**  Pending the hearing, Defendant shall be detained in the custody of

13  the United States Marshal and produced for the hearing.

14      **IT IS SO ORDERED**.

15      DATED December 12, 2022.

16

17   _____

ALEXANDER C. EKSTROM

18  UNITED STATES MAGISTRATE JUDGE

19

20

ORDER - 2