AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 13, 2022**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| ANGELA MADRIGAL CHAVEZ | ) Case No. 4:22-CR-6041-MKD-3 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANGELA MADRIGAL CHAVEZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846  Conspiracy to Distribute 500 Grams or More of Methamphetamine; and
Count 2 - 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)  Distribution of 50 Grams or More of Actual (Pure) Methamphetamine

Date: Sep 08, 2022, 10:18 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/22, and the person was arrested on *(date)* 12/7/22
at *(city and state)* Richland, WA.

Date: 12/7/22

Arrested within the E/WA
By: DEA
(Agency) *Arresting officer's signature*
Executed On: 12/7/22
Sign: [signature] R. Schreiner, USMS
*Printed name and title*