FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:22-CR-06041-MKD-3 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR WITHDRAWAL OF COUNSEL |
| v. | |
| ANGELA MADRIGAL CHAVEZ (3), | **ECF No. 59** |
| Defendant. | |

Before the Court is Defendant Angela Madrigal Chavez's (3) counsel's Motion for Withdrawal of Counsel, ECF No. 59. Robin C. Emmans, Defendant's counsel, seeks permission to withdraw. Ms. Emmans asks that new counsel be appointed to represent Defendant. The Court has reviewed the record and the motion and is fully informed.

Accordingly, **IT IS HEREBY ORDERED:**

1. Robin C. Emmans's Motion for Withdrawal of Counsel, **ECF No. 59**, is **GRANTED**.

2. This matter is **REFERRED** to Magistrate Judge Alexander Ekstrom for appointment CJA counsel.

ORDER – 1

3. Judge Ekstrom should **APPOINT** new defense counsel to represent Defendant Angela Madrigal Chavez (3), **PROVIDE A COPY** of this order to replacement defense counsel, and then **TERMINATE** Robin C. Emmans as counsel for Defendant.

4. Newly appointed defense counsel shall immediately **REVIEW** the requirements of the Court's prior Case Management Order, ECF No. 48.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel for Defendant, Magistrate Judge Alexander Ekstrom, and the United States Probation Office.

**DATED** December 30, 2022.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2